```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


ANGEL MEZA, ET AL.,             )
        Plaintiffs,             )       CIVIL ACTION NO
                                )       02-10428-DPW
        v.                      )
                                )
WILLIAM FRANCIS GALVIN,         )
in his official capacity as     )
Secretary of the Commonwealth   )
of Massachusetts,               )
        Defendant.              )
```

Before Selya*, Circuit Judge
Woodlock and Ponsor, District Judges

MEMORANDUM AND ORDER
November 14, 2003

Given the decision in Metts v. Murphy, 2003 WL 22434637 (1st Cir. Oct. 28, 2003), the court deems it the better practice to resolve the issues raised by the defendant's motion for summary judgment (No. 50) through the Findings and Conclusions to be issued following trial on the merits.

Accordingly, the defendant's motion is hereby DENIED without prejudice to consideration of the issues in light of the evidence and arguments at trial.

```
                                BY THE COURT,

                                /s/ Rebecca Greenberg
                                Deputy Clerk
```
_____

  * Of the First Circuit, sitting by designation.